IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAIN CONTRERAS HERNANDEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:25-cv-1979 |
| JOSEPH SIMON, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## ORDER

Before the Court is Petitioner Cain Contreras Hernandez's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on November 6, 2025. By order dated November 7, 2025, the Court ordered the Government to respond to the Petition within three days of being served, [Doc. No. 2], and on November 12, 2025, Petitioner provided a certificate of service that Respondents had been served. [Doc. No. 3]. As of the date of this Order, Respondents have not filed a response to the Petition.

Petitioner is a citizen of Mexico, who entered the United States without inspection in 2006. [Doc. No. 1] ¶¶ 1, 6, 37. Petitioner no criminal history. *Id.* ¶ 39. On or about October 20, 2025, Petitioner was arrested at work and taken to Chantilly Detention Center, where he was held for two days before being transferred to Farmville Detention Center, where he remains in detention. *Id.* ¶ 38, 40. Petitioner has not been provided a bond hearing. *Id.* ¶¶ 16, 44.

It appearing to the Court that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJTWBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court

cited therein, the Court incorporates the filings in *Hernandez* into the record of this habeas action. For the reasons stated in *Hernandez*, the Petition is GRANTED, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

**ORDERED** that if Petitioner is granted bond by an Immigration Judge, Respondents are ENJOINED from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

**ORDERED** that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record.

Alexandria, Virginia
December 2, 2025

/s/
Anthony J. Trenga
Senior United States District Judge

2